① UTR:127691687|

RECEIVED
SEP 14 2022
Clerk, U.S. District Court
Juneau, AK

1:22-CV-00086-SLG

RA?G8428926US.
:Darin Taylor.

ACCEPTED FOR VALUE & HONOR.
EXEMPT FROM LEVY. For my Remedy,
Release the Proceeds, Products,
Accounts, and fixtures in the Orders(s)to
Me. Immediately in the accordance with
the Public Policy/HJR-1 92UCC 10-104
and UCC 1-104 Exemption ID #439413898
UCC Contract Acct#2020-030-8958-1
Value:$50,000,000,000,000,000.00 Date:
23Rd AuGuST-2022
:Darin.Taylor.

D.T.

Article 37
Electronic postal services

1	Member countries or designated operators may agree with each other to participate in the following electronic postal services, which are described in the Regulations:

1.1	electronic postal mail, which is an electronic postal service involving the transmission of electronic messages and information by designated operators;

1.2	electronic postal registered mail, which is a secure electronic postal service that provides proof of sending and proof of delivery of an electronic message and a secure communication channel to the authenticated users;

1.3	electronic postal certification mark, which provides evidentiary proof of an electronic event, in a given form, at a given time, and involving one or more parties;

1.4	electronic postal mailbox, which enables the sending of electronic messages by an authenticated mailer and the delivery and storage of electronic messages and information for the authenticated addressee.

Section IX
Final provisions

Article 38
Conditions for approval of proposals concerning the Convention and the Regulations

1	To become effective, proposals submitted to Congress relating to this Convention must be approved by a majority of the member countries present and voting which have the right to vote. At least half of the member countries represented at Congress and having the right to vote shall be present at the time of voting.

2	To become effective, proposals relating to **the Regulations** must be approved by a majority of the members of the Postal Operations Council having the right to vote.

3	To become effective, proposals introduced between Congresses relating to this Convention and to its Final Protocol must obtain:

3.1	two thirds of the votes, at least one half of the member countries of the Union which have the right to vote having taken part in the vote, if they involve amendments;

3.2	a majority of the votes if they involve interpretation of the provisions.

4	Notwithstanding the provisions under 3.1, any member country whose national legislation is as yet incompatible with the proposed amendment may, within ninety days from the date of notification of the latter, make a written declaration to the Director General of the International Bureau stating that it is unable to accept the amendment.

Article 39
Reservations at Congress

1	Any reservation which is incompatible with the object and purpose of the Union shall not be permitted.

2	As a general rule, any member country whose views are not shared by other member countries shall endeavour, as far as possible, to conform to the opinion of the majority. Reservations should be made only in cases of absolute necessity, and proper reasons given.




3    Reservations to any article of the present Convention shall be submitted to Congress as a Congress proposal written in one of the working languages of the International Bureau and in accordance with the relevant provisions of the Rules of Procedure of Congresses.

4    To become effective, proposals concerning reservations must be approved by whatever majority is required for amendment of the article to which the reservation relates.

5    In principle, reservations shall be applied on a reciprocal basis between the reserving member country and the other member countries.

6    Reservations to the present Convention shall be inserted in the Final Protocol to the present Convention, on the basis of proposals approved by Congress.

Article **40**
Entry into force and duration of the Convention

1    This Convention shall come into force on 1 January **2018** and shall remain in operation until the entry into force of the Acts of the next Congress.

In witness whereof the plenipotentiaries of the Governments of the member countries have signed this Convention in a single original which shall be deposited with the Director General of the International Bureau. A copy thereof shall be delivered to each party by the International Bureau of the Universal Postal Union.

Done at **Istanbul, 6 October 2016**





# Final Protocol to the Universal Postal Convention

At the moment of proceeding to signature of the Universal Postal Convention concluded this day, the undersigned plenipotentiaries have agreed the following:

Article I
Ownership of postal items. Withdrawal from the post. Alteration or correction of address

1		The provisions in article 5.1 and 2 shall not apply to Antigua and Barbuda, Bahrain (Kingdom), Barbados, Belize, Botswana, Brunei Darussalam, Canada, Hong Kong, China, Dominica, Egypt, Fiji, Gambia, United Kingdom of Great Britain and Northern Ireland, Overseas Dependent Territories of the United Kingdom, Grenada, Guyana, Ireland, Jamaica, Kenya, Kiribati, Kuwait, Lesotho, Malawi, Malaysia, Mauritius, Nauru, New Zealand, Nigeria, Papua New Guinea, Saint Christopher and Nevis, Saint Lucia, Saint Vincent and the Grenadines, Samoa, Seychelles, Sierra Leone, Singapore, Solomon Islands, Swaziland, Tanzania (United Rep.), Trinidad and Tobago, Tuvalu, Uganda, Vanuatu and Zambia.

2		Nor shall article 5.1 and 2 apply to Austria, Denmark and Iran (Islamic Rep.), whose internal legislation does not allow withdrawal from the Post or alteration of the address of correspondence, at the request of the sender, from the time when the addressee has been informed of the arrival of an item addressed to him.

3		Article 5.1 shall not apply to Australia, Ghana and Zimbabwe.

4		Article 5.2 shall not apply to Bahamas, Belgium, the Dem. People's Rep. of Korea, Iraq and Myanmar, whose legislation does not permit withdrawal from the post or alteration of address of letter-post items at the sender's request.

5		Article 5.2 shall not apply to the United States of America.

6		Article 5.2 shall apply to Australia only in so far as that article is consistent with its domestic legislation.

7		Notwithstanding article 5.2, Dem. Rep. of the Congo, El Salvador, Panama (Rep.), Philippines and Venezuela (Bolivarian Rep.) shall be authorized not to return postal parcels after the addressee has requested their clearance by Customs, since this is incompatible with those countries' customs legislation.

Article II
Postage stamps

1		Notwithstanding article 6.7, Australia, **the United Kingdom of Great Britain and Northern Ireland**, Malaysia and New Zealand will process letter-post items and postal parcels bearing postage stamps using new materials or technologies that are not compatible with their respective mail processing machines only upon prior agreement with the designated operator of origin concerned.

Article III
Posting abroad of letter-post items

1  Australia, Austria, United Kingdom of Great Britain and Northern Ireland, Greece, New Zealand and United States of America reserve the right to impose a charge, equivalent to the cost of the work it incurs, on any designated operator which, under the provisions of article 12.4, sends to it items for disposal which were not originally dispatched as postal items by their services.

2  Notwithstanding article 12.4, Canada reserves the right to collect from the designated operator of origin such amount as will ensure recovery of not less than the costs incurred by it in the handling of such items.

3  Article 12.4 allows the designated operator of destination to claim, from the designated operator of posting, appropriate remuneration for delivering letter-post items posted abroad in large quantities. Australia and the United Kingdom of Great Britain and Northern Ireland reserve the right to limit any such payment to the appropriate domestic tariff for equivalent items in the country of destination.

4  Article 12.4 allows the designated operator of destination to claim, from the designated operator of posting, appropriate remuneration for delivering letter-post items posted abroad in large quantities. The following member countries reserve the right to limit any such payment to the limits authorized in the Regulations for bulk mail: Bahamas, Barbados, Brunei Darussalam, China (People's Rep.), United Kingdom of Great Britain and Northern Ireland, Overseas Dependent Territories of the United Kingdom, Grenada, Guyana, India, Malaysia, Nepal, Netherlands, Netherlands Antilles and Aruba, New Zealand, Saint Lucia, Saint Vincent and the Grenadines, Singapore, Sri Lanka, Suriname, Thailand and United States of America.

5  Notwithstanding the reservations under 4, the following member countries reserve the right to apply in full the provisions of article 12 of the Convention to mail received from Union member countries: Argentina, **Australia,** Austria, **Azerbaijan,** Benin, Brazil, Burkina Faso, Cameroon, Canada, Côte d'Ivoire (Rep.), Cyprus, Denmark, Egypt, France, Germany, Greece, Guinea, Iran (Islamic Rep.), Israel, Italy, Japan, Jordan, Lebanon, Luxembourg, Mali, Mauritania, Monaco, Morocco, Norway, **Pakistan,** Portugal, **Russian Federation,** Saudi Arabia, Senegal, Switzerland, Syrian Arab Rep., Togo **and Turkey**.

6  In application of article 12.4, Germany reserves the right to request the mailing country to grant compensation of the amount it would receive from the country of which the sender is resident.

7  Notwithstanding the reservations made under article III, China (People's Rep.) reserves the right to limit any payment for delivering letter-post items posted abroad in large quantities to the limits authorized in the UPU Convention and **its Regulations** for bulk mail.

8  **Notwithstanding article 12.3, Austria, Germany, the United Kingdom of Great Britain and Northern Ireland, Liechtenstein and Switzerland reserve the right to claim from the sender or, failing that, from the designated operator of posting, the payment of the internal rates.**


Article IV
Charges

1  Notwithstanding article **15**, Australia, **Belarus,** Canada and New Zealand shall be authorized to collect postal charges other than those provided for in the Regulations, when such charges are consistent with the legislation of their countries.

2  **Notwithstanding article 15, Brazil shall be authorized to collect an additional fee from the addressees of ordinary items containing merchandise that had to be converted to tracked items as a result of customs and security requirements.**



UTR:12769168711

Article V
Exception to the exemption of items for the blind from postal charges

1	Notwithstanding article **16**, Indonesia, Saint Vincent and the Grenadines and Turkey, which do not concede exemption from postal charges to items for the blind in their internal service, may collect the postage and charges for special services which may not, however, exceed those in their internal service.

2	France shall apply the provisions of article **16** concerning items for the blind subject to its national regulations.

3	Notwithstanding article **16**.3, and in accordance with its national legislation, Brazil reserves the right to consider as items for the blind only those items which are sent by or addressed to blind persons or organizations for the blind. Items not satisfying these conditions shall be subject to payment of postage.

4	Notwithstanding article **16**, New Zealand will accept as items for the blind for delivery in New Zealand only those items that are exempted from postal charges in its domestic service.

5	Notwithstanding article **16**, Finland, which does not provide exemption from postal charges for items for the blind in its domestic service according to the definitions in article 7 adopted by Congress, may collect the domestic charges for items for the blind destined for other countries.

6	Notwithstanding article **16**, Canada, Denmark and Sweden allow exemption from postal charges for the blind only to the extent provided for in their internal legislation.

7	Notwithstanding article **16**, Iceland accepts exemption from postal charges for the blind only to the extent provided for in its internal legislation.

8	Notwithstanding article **16**, Australia will accept as items for the blind for delivery in Australia only those items that are exempted from postal charges in its domestic service.

9	Notwithstanding article **16**, Australia, Austria, **Azerbaijan**, Canada, Germany, United Kingdom of Great Britain and Northern Ireland, Japan, Switzerland and United States of America may collect the charges for special services which are applied items for the blind in their internal service.

Article VI
Basic services

1	Notwithstanding the provisions of article **17**, Australia does not agree to the extension of basic services to include postal parcels.

2	The provisions of article **17**.2.4 shall not apply to **the United Kingdom of Great Britain and Northern Ireland**, whose national legislation requires a lower weight limit. Health and safety legislation in **the United Kingdom of Great Britain and Northern Ireland** limits the weight of mail bags to 20 kilogrammes.

3	Notwithstanding article **17**.2.4, **Azerbaijan,** Kazakhstan, **Kyrgyzstan** and Uzbekistan shall be authorized to limit to 20 kilogrammes the maximum weight of inward and outward M bags.

Article VII
Advice of delivery

1	Canada **and Sweden** shall be authorized not to apply article **18**.3.3, as regards parcels, given that **they do** not offer the advice of delivery service for parcels in **their** internal service.

D.T.

THE-SEVEN-DWARFS-LTD
CEO: Darin Taylor.
555-30TH-STREET
UNIT-w [114]
BOULDER-w [COLORADO]
[80303]
PRIORITY- CONFIDENTIAL.



UNITED-w [STATES] DISTRICT-
COURT- FOR-THE- DISTRICT- OF-w [ALASKA]
ATTENTION: CLERK-OF-COURT.
BRIAN- KARTH.
POST- OFFICE- BOX- 020349
JUNEAU- w [ALASKA]
[99802]

JACKSONVILLE-FLORIDA
[32203]
AUG 2 3 2022
USPS
POST-OFFICE-BOX-2273