# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

DARIN TAYLOR,

    Plaintiff,

v.

[UNNAMED DEFENDANT]

    Defendant.

Case No. 1:22-cv-00086-SLG

## ORDER OF DISMISSAL

On September 14, 2022, Darin Taylor, a self-represented prisoner, filed six pages of documents with the Court.[1] On September 26, 2022, the Court issued an order notifying Mr. Taylor that his filing was deficient and to either pay the filing fee of $402.00 or file an application to waive prepayment of the filing fee. The Court also explained the initial filing was not a proper complaint because it did not conform with the Federal Rules of Civil Procedure and the Local Civil Rules of the District of Alaska.[2] The Court provided forms PS22 Pro Se Civil Complaint and PS11 Application to Waive Prepayment of the Filing Fee and gave Mr. Taylor 30 days to file a proper complaint and either pay the filing fee or file an application to waive prepayment.

---

[1] Docket 1.

[2] Docket 2.

The Court cautioned that the failure to comply would result in dismissal of this case.[3] Mr. Taylor has not filed a complaint; nor has he paid the filing fee or a filed a motion requesting to waive prepayment. Accordingly, this Court finds the filing at Docket 1 is deficient and has not been remedied. Therefore, this action is dismissed.

**IT IS SO ORDERED.**

DATED this 12th day of December, 2022 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] Docket 2. The Court notes that the order sent to Mr. Taylor at his Colorado address was returned as undeliverable.

Case No. 1:22-cv-00086, Taylor v. [Unnamed Defendant]
Order of Dismissal
Page 2 of 2
Case 1:22-cv-00086-SLG   Document 5   Filed 12/12/22   Page 2 of 2